UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

IN RE: REQUEST FOR INTERNATIONAL
JUDICIAL ASSISTANCE FROM THE
MEXICO CITY SUPERIOR COURT OF
JUSTICE, UNITED MEXICAN STATES
36° FAMILY COURT; INHERITANCE MATTER
OF AMPARO FERNANDEZ FERNANDEZ.
_____/

**APPLICATION FOR ORDER PURSUANT TO TITLE 28,
UNITED STATES CODE, SECTION 1782**

The United States of America, through counsel, petitions this Court for an Order pursuant to 28 U.S.C. § 1782 appointing Anthony Erickson-Pogorzelski, Assistant United States Attorney, as Commissioner for the purpose of enforcing a subpoena for bank account records on Banco Santander International, a company present within the jurisdiction of this Court, and taking other action as required in execution of the attached Letters Rogatory issued by the Mexico City Superior Court of Justice, United Mexican States 36° Family Court, in the inheritance matter of *Amparo Fernandez Fernandez* (Exhibit 1). A memorandum of law has been filed in support of this application.

Dated: April 22, 2015
       Miami, Florida

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   *s/Anthony Erickson-Pogorzelski*
      Anthony Erickson-Pogorzelski
      Assistant United States Attorney
      Florida Bar No. 619884
      E-mail: Anthony.Pogorzelski@usdoj.gov
      United States Attorney's Office
      99 N.E. 4th Street, Suite 300
      Miami, Florida 33132
      Tel. No. (305) 961-9296
      Fax No. (305) 530-7139
      Counsel for United States of America